IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 JAN 20 P 3: 04

CLERK _S McCarty_
SO. DIST. OF GA.

| | | |
|---|---|---|
| TRAVIS CHRISTOPHER GRADDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 108-071 |
| | ) | (Formerly CR 106-007) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's Motion to Dismiss is **GRANTED** (doc. no. 4), the instant § 2255 motion is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this _20th_ day of January, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE